1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| ANNA MARIE GUZMAN, | ) | No. EDCV 12-02196 MAN |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | ) | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the terms of the stipulation.

DATE:  August 11, 2014    _____

                              MARGARET A. NAGLE
                        UNITED STATES MAGISTRATE JUDGE